## (November 22, 1954.)

GOVERNMENT EMPLOYEES FINANCE & INDUSTRIAL LOAN CORPORATION, Appellant, v. MIMI VANDERHORST, Respondent.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ. [See *ante,* p. 904.]

CITY OF NEW YORK, Respondent, v. GERALD D. NELSON et al., as Successor Trustees under the Will of WILLIAM NELSON, Deceased, et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. [See *ante,* p. 894.]

In the Matter of GRACE E. CONNOLLY, Appellant, against MILTON L. BURNS, as County Treasurer of Suffolk County, Respondent. TOWN OF HUNTINGTON, Intervener-Respondent.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. (See Civ. Prac. Act, § 1304.) Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

In the Matter of RUSTAN Y. LUNDSTRUM, Respondent, against AUGUST R. DE SANTOS, Judgment Debtor. LEONA R. DE SANTOS, Third-Party Appellant.— Motions to dismiss appeals granted, with $10 costs, and appeals dismissed, with $10 costs and disbursements. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.